ENTERED ON DOCKET
JUL 2 8 2002
PURSUANT TO FRCP RULES 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA DEL ROSARIO ORTEGA, et al. | |
| Plaintiffs | |
| v. | Civil No. 00-1475(SEC) |
| STAR KIST FOODS, INC.; et al. | |
| Defendants | |

## JUDGMENT

Pursuant to this Court's Opinion and Order of even date, the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 18TH day of July, 2002.

SALVADOR E. CASELLAS
United States District Judge

s/cs:to (3)
attys/pts
in ICMS

JUL 2 8 2002